### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

CHRISTOPHER & BANKS COMPANY,
a Minnesota corporation,

                        Plaintiffs,

v.

PAMIDA, INC.
a wholly owned subsidiary of Shopko, Inc.,
a Delaware corporation,

                        Defendant.

Civil No. 05-277 (RHK/AJB)

**ORDER**

      Pursuant to the Stipulation (Doc. No. 13), Case No. 05-277 RHK/AJB is hereby DISMISSED WITH PREJUDICE.

Dated: November 30, 2005

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge